```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-219 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION AND ORDER |
| v. | ) | DISMISSING INDICTMENT |
| | ) | |
| FAUSTINO PLANCARTE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 48, the United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the Indictment in the captioned matters, against defendant FAUSTINO PLANCARTE.

DATED: August 29, 2006                    McGREGOR W. SCOTT
                                          United States Attorney


                                          By_____
                                            MARY L. GRAD
                                          Assistant U.S. Attorney

O R D E R

It is ordered that the above-captioned case be and is hereby dismissed without prejudice against FAUSTINO PLANCARTE.

DATED: 8/30/2006

_____
DAVID F. LEVI
United States District Judge